JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2025 SEP 19  PM 2: 39

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**EP25MC0404**

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE 8TH
FAMILY COURT OF ISTANBUL IN
ISTANBUL, TÜRKIYE IN THE
MATTER OF SEMIH ŞEN V. FATMA
DEMET KALENDER ŞEN

Case No. _____

/

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

The United States of America, by and through counsel, petitions this Court for an Order

pursuant to 28 U.S.C. § 1782(a), appointing Krysta M. Stanford, Trial Attorney, at the U.S.

Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the

purpose of obtaining financial records from American Express. Certain evidence has been

requested by the 8th Family Court of Istanbul in Istanbul, Türkiye ("Turkish Court"), pursuant to

a Letter of Request issued by the Turkish Court in connection with a civil judicial proceeding

captioned *Semih Şen v. Fatma Demet Kalender Şen*, Foreign Reference Number 2020/408.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated:    September 17, 2025

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General

KIESHA M. MINYARD
Acting Director, Office of Foreign Litigation
United States Department of Justice, Civil Division

By: _____

KRYSTA M. STANFORD
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8024
Washington, DC 20530
Telephone: 202-353-2148
Email: Krysta.M.Stanford@usdoj.gov